**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA        :

vs.                                              :   CRIMINAL NO.:  21-00086-WS-MU

FRANCISCO SANTOS-TAPIA        :         INTERPRETER NEEDED

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 18) and without any objection having been filed by the parties, the plea of guilty by the Defendant to Count One of the Indictment, charging a violation of Title 8 U.S.C. § 1326(a) – Illegal Reentry, is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **October 26, 2021, at 10:30 a.m.**, under separate order.

**DONE and ORDERED** this 10th day of August 2021.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE